**Order entered June 27, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00127-CV

**TERRY JOHNSON, Appellant**

**V.**

**MAI DINH, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05233-E**

## ORDER

Before the Court is appellant's June 26, 2019 motion for an extension of time to file his brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court on June 26, 2019 filed as of the date of this order.

/s/ BILL WHITEHILL
JUSTICE